AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 05, 2024**

SEAN F. McAVOY, CLERK

DAVID C.,

)
)

*Plaintiff*

)
)

v.

)

Civil Action No.   2:23-cv-00193-EFS

MARTIN O'MALLEY,
Commissioner of Social Security,

)
)
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✔   other:   Pursuant to the Order filed at ECF No 15, the Administrative Law Judge's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
JUDGMENT entered in favor of Plaintiff.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision was reached.

✔   decided by Judge   EDWARD F. SHEA _____ .

Date:   1/5/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza

*(By) Deputy Clerk*

Ruby Mendoza